IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAUL CRISWELL**                                                         **PLAINTIFF**
**#255807**

**v.**                         **CASE NO. 4:22-CV-001142-BSM**

**SETH WAKEFIELD,** *et al.*                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of January, 2023.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE